**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Western District of Michigan _____

Case number (if known): _____    Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | Master Equity Group, LLC |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number (EIN)** | 8  2 – 4  7  9  5  1  9  3 |

**4. Debtor's address**

**Principal place of business**

232 W. Michigan Ave.
Number        Street

Kalamazoo, MI 49007
City                         State      ZIP Code

Kalamazoo
County

**Mailing address, if different from principal place of business**

_____
Number        Street

PO Box 2644
P.O. Box

Kalamazoo, MI 49003
City                         State      ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____
City                         State      ZIP Code

| | |
|---|---|
| **5. Debtor's website (URL)** | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor _____ Master Equity Group, LLC _____     Case number *(if known)* _____
       Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>**B.** *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br>__ __ __ __ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply:*<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                 MM / DD / YYYY<br>          District _____  When _____  Case number _____<br>                                   MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>        District _____  When _____<br>                                        MM / DD / YYYY<br>        Case number, if known _____ |

Debtor    Master Equity Group, LLC
　　　　　　Name

Case number *(if known)* _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　　Number　　Street

_____
City　　　　　　　　　　　State　　ZIP Code

**Is the property insured?**

☐ No

☐ Yes.　Insurance agency _____

　　　　　Contact name _____

　　　　　Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49　　☐ 50-99　　☐ 1,000-5,000　　☐ 5,001-10,000　　☐ 25,001-50,000　　☐ 50,000-100,000

☐ 100-199　☐ 200-999　☐ 10,001-25,000　　☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000　　　　☐ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion

☐ $50,001-$100,000　☐ $10,000,001-$50 million　　☐ $1,000,000,001-$10 billion

☑ $100,001-$500,000　☐ $50,000,001-$100 million　☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million　☐ $100,000,001-$500 million　☐ More than $50 billion

---

Debtor __Master Equity Group, LLC_____     Case number *(if known)* _____
        Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## ▮ Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/20/2022_____
        MM/ DD/ YYYY

**X** __/s/ Adam Tucker_____          _____Adam Tucker_____
Signature of authorized representative of debtor          Printed name

Title _____Chief Executive Officer_____

**18. Signature of attorney**

**X** _____/s/ Mark H. Shapiro_____     Date __04/20/2022_____
Signature of attorney for debtor                  MM/ DD/ YYYY

_Mark H. Shapiro_____
Printed name

_Steinberg Shapiro & Clark_____
Firm name

_25925 Telegraph Road Ste 203_____
Number        Street

_Southfield_____  _MI___  _48033_____
City                        State   ZIP Code

_(248) 352-4700_____  _shapiro@steinbergshapiro.com___
Contact phone                  Email address

_P43134_____  _MI_____
Bar number           State

| Fill in this information to identify the case: |
| --- |

Debtor name                    Master Equity Group, LLC

United States Bankruptcy Court for the:
                    Western District of Michigan

Case number (if known): _____

☐ Check if this is an
  amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          **12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Adams PO Box 809140 Chicago, IL 60680-9147 | (269) 342-9831 jengland@adamsoutdoor.com | | | | | $21,340.00 |
| 2 | B & L Harroun & Sons 1018 Staples Ave. Kalamazoo, MI 49007 | (269) 345-8657 rsinclair@blharroun.com | | | | | $6,457.08 |
| 3 | BW Cook 1835 Leer Drive Elkhart, IN 46514 | (877) 628-2665 cindy.waite@serviceexperts.com | | | | | $14,184.00 |
| 4 | CertaSite LLC 2513 N. Burcick St. Kalamazoo, MI 49007 | (463) 777-8891 ar@certasitepro.com | | | | | $10,781.87 |
| 5 | Consumers Energy PO Box 740309 Cincinnati, OH 45274 | (800) 805-0490 business_systems_support@cmsenergy.com | | | | | $6,829.99 |
| 6 | Emmett Charter Township 621 Cliff Street Battle Creek, MI 49014 | (269) 968-0241 | | | | | $5,775.78 |
| 7 | Full Moon Advertising 5717 Beech Avenue Coloma, MI 49038 | (269) 687-4500 fma@fullmoonad.com | | | | | $3,775.00 |
| 8 | Great Lakes Plumbing 860 Gibson St. Kalamazoo, MI 49001 | (269) 349-1644 amy.greatlakesplumbing@gmail.com | Services provided | | | | $8,157.00 |

Debtor     Master Equity Group, LLC                                     Case number *(if known)*
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Happy Cabbage Analytics 631 Folsum St. Unit 9f San Francisco, CA 94107 | (919) 607-5024 billing@happycabbage.io | | | | | $2,500.00 |
| 10 | JH Lawn Care LLC 8906 N. 27th St. Richland, MI 49083 | (269) 220-0607 jhlawncare@outlook.com | | | | | $4,860.75 |
| 11 | Kzoo LLC 16225 Seminole Rd. Noblesville, IN 46062 | indyboater@hotmail.com | | | | | $5,600.00 |
| 12 | LeafLogix/Dutchie 24 W 30th St. 2nd Fl. New York, NY 10001 | (917) 992-2444 billing@dutchie.com | | | | | $5,850.00 |
| 13 | Northern Industrial Flooring 8140 W. 350 N Angola, IN 46703 | (260) 829-6493 customerservice@northernflooring.com | | | | | $26,109.70 |
| 14 | Revision Legal 8051 Moorsridge Rd. Portage, MI 49024 | (269) 281-3908 samantha@revisionlegal.com | | | | | $23,268.96 |
| 15 | Richard C. King & Assoc. 15663 S M-43 Hickory Corners, MI 49060 | (269) 217-1998 r2king1@aol.com | | | | | $7,650.00 |
| 16 | Sherman J. Taylor 23800 W. 10 Mile Rd. Ste 260 D-2 Southfield, MI 48033 | (202) 999-5958 sherman@sjtaylorpc.com | | | | | $3,325.00 |
| 17 | Singh, Ravinder 7386 Field Bay Ave. Kalamazoo, MI 49009 | (269) 615-0553 ravioli1975@gmail.com | | | | | $15,933.32 |
| 18 | Zuidema, Al 8324 Ridgestone Drive Byron Center, MI 49315 | (616) 583-8345 alzuidema.edg@gmail.com | | | | | $4,402.80 |
| 19 | | | | | | | |
| 20 | | | | | | | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**
**GRAND RAPIDS DIVISION**

IN RE:                                                     CHAPTER  **11**
**Master Equity Group, LLC**

DEBTOR(S)                                                 CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Adam Tucker** | 100 Voting | | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____ **Chief Executive Officer** _____ of the _____ **Nonpublic Corporation** _____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **04/20/2022** _____        Signature: /s/ Adam Tucker _____
                                                              *Adam Tucker, Chief Executive Officer*

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**
**GRAND RAPIDS DIVISION**

IN RE: **Master Equity Group, LLC**                                    CASE NO

                                                                        CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____04/20/2022_____    Signature _____ /s/ Adam Tucker _____
                                                        Adam Tucker, Chief Executive Officer

Adams
PO Box 809140
Chicago, IL 60680-9147


B & L Harroun & Sons
1018 Staples Ave.
Kalamazoo, MI 49007


BW Cook
1835 Leer Drive
Elkhart, IN 46514


CertaSite LLC
2513 N. Burcick St.
Kalamazoo, MI 49007


Chrysler Financial
PO Box 660335
Dallas, TX 75266


Consumers Energy
PO Box 740309
Cincinnati, OH 45274


Emmett Charter Township
621 Cliff Street
Battle Creek, MI 49014


Engineered Protection
Systems
750 Front Ave NW
Grand Rapids, MI 49504

Full Moon Advertising
5717 Beech Avenue
Coloma, MI 49038


Great Deals Savings Magazine
1232 Broadway St. Ste. 300
Anderson, IN 46012


Great Lakes Plumbing
860 Gibson St.
Kalamazoo, MI 49001


Happy Cabbage Analytics
631 Folsum St. Unit 9f
San Francisco, CA 94107


Homegrown Builders
1225 W. Maple St.
Kalamazoo, MI 49008


JH Lawn Care LLC
8906 N. 27th St.
Richland, MI 49083


Kzoo LLC
16225 Seminole Rd.
Noblesville, IN 46062


Lachie Equity Partners
c/o Ravi Singh
7386 Field Bay Ave.
Kalamazoo, MI 49009

LeafLogix/Dutchie
24 W 30th St. 2nd Fl.
New York, NY 10001


Colin Maley
304 Hutchinson St.
Kalamazoo, MI 49001


MR-RX, LLC
c/o Revision Legal
8051 Moorsbridge Rd.
Portage, MI 49024


Northern Industrial Flooring
8140 W. 350 N
Angola, IN 46703


O'Connor, Martin
c/o Darren Malek, Esq.
Veritas law Group
107 W. Michigan Ave. St. 500
Kalamazoo, MI 49007


Revision Legal
8051 Moorsridge Rd.
Portage, MI 49024


Richard C. King & Assoc.
15663 S M-43
Hickory Corners, MI 49060


Rick McDowell
24284 130th St.
Iowa Falls, IA 50126

Robert Griffin
16225 Seminola Rd.
Noblesville, IN 46062


Shamrock Rental Properties,
LP
c/o Darren Malek Esq
Veritas Law Group
107 W. Michigan Ave. Ste. 500
Kalamazoo, MI 49007

Singh, Ravinder
7386 Field Bay Ave.
Kalamazoo, MI 49009


Zuidema, Al
8324 Ridgestone Drive
Byron Center, MI 49315

# United States Bankruptcy Court
## Western District of Michigan

In re **Master Equity Group, LLC**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Master Equity Group, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

**04/20/2022**

Date

**/s/ Mark H. Shapiro**

**Mark H. Shapiro**
Signature of Attorney or Litigant
Counsel for **Master Equity Group, LLC**
Bar Number: P43134
**Steinberg Shapiro & Clark**
**25925 Telegraph Road Ste 203**
**Southfield, MI 48033**
**Phone: (248) 352-4700**
**Email: shapiro@steinbergshapiro.com**